636

372 A.2d 837
Commonwealth v. Hill, Appellant.

Submitted November 8, 1976. Stephen P. Swem, Trial Defender, and Ralph J. Cappy, Public Defender, for appellant; Robert N. Isacke, Jr., Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 837
Commonwealth v. Hilliard, Appellant.

Submitted December 16, 1975. Barnett S. Lotstein, for appellant; Steven H. Goldblatt, Assistant District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The case is remanded for completion of the record by addition of notes of testimony taken at the March 18, 1975 hearing on appellant's petition for post-conviction relief and at appellant's June 28, 1973 trial.